# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br>    Petitioner(s),<br>v.<br>RED ROCK RESORTS, INC., et al.,<br>    Respondent(s). | Case No. 2:21-cv-01986-RFB-NJK<br><br>**ORDER TO SHOW CAUSE**<br><br>[Docket No. 1] |

Pending before the Court is the NLRB's application for an order to show cause and an order enforcing subpoenas. Docket No. 1. That application was filed on October 29, 2021. No response has been filed to date. Respondents are hereby **ORDERED** to show cause in writing, no later than January 10, 2022, why the Court should not order them to produce all documents sought by the NLRB. Any response thereto must be filed by January 18, 2022, and any reply must be filed by January 25, 2022.

IT IS SO ORDERED.

Dated: December 20, 2021

_____
Nancy J. Koppe
United States Magistrate Judge