# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner(s),<br><br>v.<br><br>RED ROCK RESORTS, INC., et al.,<br><br>    Respondent(s). | Case No. 2:21-cv-01986-RFB-NJK<br><br>**ORDER** |

The requirement in the local rules to submit courtesy copies of voluminous filings has been suspended as a general matter, but judges may still direct parties to submit courtesy copies in particular cases. Second Amended Temporary Gen. Order 2020-04 at ¶ 5. In this case, the petition to enforce (and attachments thereto) consists of nearly 1,000 pages. Docket No. 1. The response (and appendices thereto) consists of several thousand pages. Docket Nos. 9-25. The Court hereby **ORDERS** the parties to submit courtesy copies of their respective filings identified above by noon on January 14, 2022. These courtesy copies must be submitted to the undersigned's box in the Clerk's Office.

In addition, for any future filings in this case that exceed 100 pages (including attachments), courtesy copies must be submitted to the undersigned's box in the Clerk's Office within two court days of that filing.

IT IS SO ORDERED.

Dated: January 11, 2022

_____
Nancy J. Koppe
United States Magistrate Judge