# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br>　　　　Petitioner(s),<br>v.<br>RED ROCK RESORTS, INC., et al.,<br>　　　　Respondent(s). | Case No. 2:21-cv-01986-RFB-NJK<br><br>**ORDER** |

　　　Out-of-state government attorneys must seek leave to appear in this Court. *See* Local Rule IA 11-3 (requiring a "motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants"). No such motion has been filed in this case. Accordingly, the required motion must be filed, or counsel must explain in writing why one is not required, by January 28, 2022.

　　　IT IS SO ORDERED.

　　　Dated: January 21, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1