# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner(s),<br><br>v.<br><br>RED ROCK RESORTS, INC., et al.,<br><br>Respondent(s). | Case No. 2:21-cv-01986-RFB-NJK<br><br>**ORDER** |

In light of the requests made to the Clerk's Office, *see* Docket No. 30, the requirement to file a motion for admission is deemed discharged in this matter.

IT IS SO ORDERED.

Dated: January 27, 2022

                                                                                                 Nancy J. Koppe<br>
United States Magistrate Judge