UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner(s),<br><br>v.<br><br>RED ROCK RESORTS INC., et al.,<br><br>    Respondent(s). | Case No. 2:21-cv-01986-RFB-NJK<br><br>**ORDER** |

On January 11, 2022, the Court ordered that "for any future filings in this case that exceed 100 pages (including attachments), courtesy copies must be submitted to the undersigned's box in the Clerk's Office within two court days of that filing." Docket No. 26 at 1. On January 18, 2022, Petitioner filed a reply brief and exhibits that totaled 231 pages. Docket No. 27. The Court did not receive a courtesy copy for this filing.[1] Accordingly, Petitioner is ordered to provide a courtesy copy of Docket Nos. 27, 27-1, 27-2, and 27-3, by noon on February 8, 2022.

IT IS SO ORDERED.

Dated: February 4, 2022

                                                                      Nancy J. Koppe<br>
                                                                        United States Magistrate Judge

---

[1] The Court did receive the courtesy copies for the Petition (and exhibits thereto), Docket No. 1, and Respondent's responsive brief (and exhibits thereto), Docket Nos. 9-25.

1