UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>     Petitioner(s),<br><br>v.<br><br>RED ROCK RESORTS, INC., et al.,<br><br>     Respondent(s). | Case No. 2:21-cv-01986-RFB-NJK<br><br>**ORDER** |

On February 28, 2022, the Court denied without prejudice the petition to enforce administrative subpoenas. Docket No. 34. The Court ordered the parties to confer in prompt fashion regarding any further motion practice, including a schedule for briefing any such motion(s). *Id.* at 3. There has been no activity on the docket since that order was issued. Accordingly, the parties are **ORDERED** to file, no later than April 21, 2022, one of the following: (1) a joint proposed schedule for motion practice and briefing, (2) a joint status report, or (3) dismissal papers.

IT IS SO ORDERED.

Dated: April 7, 2022

                                                                                    _____
                                                                                    Nancy J. Koppe
                                                                                    United States Magistrate Judge