# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br>　　　Petitioner(s),<br>v.<br>RED ROCK RESORTS, INC., et al.,<br>　　　Respondent(s). | Case No. 2:21-cv-01986-RFB-NJK<br>**ORDER**<br>[Docket No. 48] |

Pending before the Court is a joint status report indicating that, *inter alia*, the parties will continue conferring on December 15, 2022. Docket No. 48 at 2. Rather than herein set particular deadlines or address other issues as to any future motion practice, the Court instead **ORDERS** that a further joint status report be filed by December 22, 2022.

IT IS SO ORDERED.

Dated: November 18, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1