Sara S. Demirok (AZ#031970)
Marinelly Maldonado (FL#0804851)
National Labor Relations Board, Region 28
2600 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel:  (602) 416-4761
Fax:  (602) 640-2178
Email: sara.demirok@nlrb.gov
Email: marinelly.maldonado@nlrb.gov
Attorneys for Applicant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **NATIONAL LABOR RELATIONS BOARD,** | ) **Case No. 2:21-cv-01986-RFB-NJK** |
| | ) |
| **Applicant,** | ) **STIPULATION OF VOLUNTARY DISMISSAL** |
| | ) |
| **v.** | ) |
| | ) |
| **RED ROCK RESORTS, INC., et al.** | ) |
| | ) |
| **Respondents** | ) |
| | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the National Labor Relations Board (Applicant) and Red Rock Resorts, Inc., et al. (Respondents), by the undersigned counsel, respectfully submit the following stipulation of dismissal:

1. Upon further conferral between the parties, Applicant and Respondents stipulate to the voluntary dismissal of the instant matter to avoid delay in the underlying administrative matter and to preserve the resources of this Court.  Respondents consent to the dismissal.

2. The parties intend this stipulation to obviate the need to file a joint status report as ordered by the Court on November 18, 2022.  ECF No. 49.

FP 45920552.1

RESPECTFULLY SUBMITTED, this 22nd day of December, 2022.

/s/ *Marinelly Maldonado*
Marinelly Maldonado (*admitted government attorney*)
National Labor Relations Board
51 SW 1st Avenue, Suite 1320
Miami, FL 33130

Sara S. Demirok (*admitted government attorney*)
National Labor Relations Board, Region 28
2600 North Central Avenue, Suite 1400
Phoenix, Arizona 85004

On behalf of Applicant


/s/ *Joshua D. Nadreau*
Joshua D. Nadreau (*admitted pro hac vice*)
Fisher & Phillips, LLP
200 State Street, 7th Floor
Boston, Massachusetts 02109

Mark J. Ricciardi (Bar #3141)
Fisher & Phillips, LLP
300 S Fourth Street
Las Vegas, Nevada 89101

On behalf of Respondents

FP 45920552.1

1   Sara S. Demirok (AZ#031970)
    Marinelly Maldonado (FL#0804851)
2   National Labor Relations Board, Region 28
3   2600 N. Central Avenue, Suite 1400
    Phoenix, Arizona 85004
4   Tel:  (602) 416-4769
    Fax: (602) 640-2178
5   Email: sara.demirok@nlrb.gov
    Email: marinelly.maldonado@nlrb.gov
6   Attorneys for Applicant

7

8                **IN THE UNITED STATES DISTRICT COURT**
                 **FOR THE DISTRICT OF NEVADA**

9   **NATIONAL LABOR RELATIONS**                )    **Case No. 2:21-cv-01986-RFB-NJK**
10  **BOARD,**                                   )
                                                 )    **CERTIFICATE OF SERVICE:**
11              **Applicant,**                   )    **STIPULATION OF VOLUNTARY**
                                                 )    **DISMISSAL**
12       **v.**                                  )
                                                 )
13  **RED ROCK RESORTS, INC., et al.**           )
                                                 )
14              **Respondents**                  )
                                                 )
15  _____             )

16        I hereby certify that on December 22, 2022, the Stipulation of Voluntary Dismissal was

17  served via the Court's electronic filing system on all parties including Respondents'

18  representatives identified below:

19  Mark Ricciardi, Attorney at Law
    Fisher & Phillips LLP
20  300 S. Fourth Street, Suite 1500
    Las Vegas, NV 89101
21  mricciardi@fisherphillips.com

22  Joshua D. Nadreau, Attorney at Law
    Fisher & Phillips, LLP
23  200 State Street, 7th Floor
    Boston, Massachusetts 02109

24

25

26

                                      1

**RESPECTFULLY SUBMITTED** this 22nd day of December, 2022.

NATIONAL LABOR RELATIONS BOARD

/s/ *Marinelly Maldonado*

Marinelly Maldonado (FL#0804851)
Sara S. Demirok (AZ#031970)
National Labor Relations Board, Region 28
2600 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel:  (602) 416-4769
Fax:  (602) 640-2178
Email: sara.demirok@nlrb.gov
Email: marinelly.maldonado@nlrb.gov
Attorneys for Applicant

IT IS SO ORDERED:

_____

RICHARD F. BOULWARE, II
United States District Judge
DATED this 27th day of December, 2022

2